IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTWON T. MOONEY                                                          PLAINTIFF

V.                             CASE NO. 2:18-CV-127-BD

SOCIAL SECURITY ADMINSTRATION                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 13th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE